IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| IN RE: | **MARY H. CARR**<br>**A/K/A HELEN CARR**<br>**Debtor** | CASE NO. 07-00474-ee<br>(Chapter 13) |

CITIMORTGAGE, INC., successor by reason of          MOVANT
merger with CitiFinancial Mortgage Company, Inc.

vs.

MARY H. CARR a/k/a HELEN CARR                      RESPONDENTS
And CLEVELAND SHORT (non-filing Co-Debtor)

## AGREED ORDER

**THIS MATTER,** having come on before this Court on the motion of CitiMortgage, Inc., successor by reason of merger with CitiFinancial Mortgage Company, Inc. (hereinafter known as "CitiMortgage, Inc.") for relief from stay and co-debtor stay and for other relief (Docket #27), and this Court, having jurisdiction over the parties and the subject matter and having considered CitiMortgage, Inc.'s motion, finds that the motion should be sustained.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the arrearage of $2122.32 which includes August and September, 2007 payment in the amount of $1,061.16, is to be brought current and paid to CitiMortgage, Inc. within forty-five (45) days of this date. Debtor shall continue to make his regular monthly payment to CitiMortgage, Inc. as it becomes due until paid in full. If Debtor fails to bring arrearage current within this forty-five (45) day period or becomes thirty (30) days delinquent on any scheduled payment, then the automatic stay and co-debtor stay will be lifted as to CitiMortgage, Inc. for all purposes without motion or further order of this court.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Debtors modify their plan within twenty (20) days of the entry of this Order to increase the arrearage to $5,297.64 which represents post-petition amounts of $84.01 for corporate advances (property inspections); $4,315.63 for 2004 and 2005 property taxes, $550.00 for attorney fees; $150.00 for filing fees. If Debtor fails to modify their plan within this twenty (20) day period or becomes thirty (30) days delinquent on any scheduled payment, then the automatic stay and co-debtor stay will be lifted as to CitiMortgage, Inc. for all purposes without motion or further order of this court.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Trustee shall pay the post-petition arrearages outstanding in the amount of $5,297.64.

**IT IS THEREFORE ORDERED AND ADJUDGED** that should the Debtor convert his case or said case be dismissed and the Debtor subsequently re-files Bankruptcy under any chapter of the Bankruptcy Code, the automatic stay and co-debtor stay shall remain lifted without motion or further order of this court.

**SO ORDERED AND ADJUDGED.**

APPROVED AND AGREED:

_____
T. Frank Collins, MSB# 6394
Attorney for CitiMortgage, Inc.
601-853-4400

_see attached_____
Gregory K. Davis, MSB #_____
Attorney for Debtor
601-981-2800

_____
James L. Henley
Chapter 13 Trustee
601-981-9100

_see attached_____
Cleveland Short, Co-Debtor

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Trustee shall pay the post-petition arrearages outstanding in the amount of $5,297.64.

**IT IS THEREFORE ORDERED AND ADJUDGED** that should the Debtor convert his case or said case be dismissed and the Debtor subsequently re-files Bankruptcy under any chapter of the Bankruptcy Code, the automatic stay and co-debtor stay shall remain lifted without motion or further order of this court.

**SO ORDERED AND ADJUDGED**, this the _____ day of _____, 2007.

_____
United States Bankruptcy Judge

APPROVED AND AGREED:

_____
T. Frank Collins, MSB# 6394
Attorney for CitiMortgage, Inc.
601-853-4400

_____
Gregory K. Davis, MSB # 5824
Attorney for Debtor
601-981-2800

_____
James L. Henley
Chapter 13 Trustee
601-981-9100

_____
Cleveland Short, Co-Debtor